United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 17-12656-elf
Jason R. Pierce
Rosalyne Pierce Chapter 13
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 25, 2022 Form ID: 138OBJ Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason R. Pierce, Rosalyne Pierce, 16 Brentwood Lane, Levittown, PA 19054-2120 |
| 13901888 | + | BB&T, Attn: Bankruptcy Department, 6010 Golding Center Dr., Winston Salem, NC 27103-9815 |
| 13923703 | + | First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, PO Box 503430, San Diego, CA 92150-3430 |
| 13901896 | + | Flr Solution, Po Box 94498, Las Vegas, NV 89193-4498 |
| 13901897 | + | Loan Depot Co., 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 14019357 | + | Loan Depot, LLC, 26642 Towne Center Drive, Foothill Ranch, CA 92610-2808 |
| 13901899 | | M&T Credit Services, 1100 Worley Drive, Consumer Asset Management 2nd Floor/Attn, Williamsville, NY 14221 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 25 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13901889 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:43 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13901891 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 23:54:09 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 13901892 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 23:54:14 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13901894 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2022 23:43:45 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13901895 | + | Email/Text: bncnotifications@pheaa.org | Aug 25 2022 23:44:00 | Fed Loan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14123500 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2022 23:44:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 13947095 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 23:54:13 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13901898 | + | Email/Text: bknotification@loandepot.com | Aug 25 2022 23:44:00 | Loandepo.co, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 13928328 | + | Email/Text: camanagement@mtb.com | Aug 25 2022 23:44:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 13962340 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 25 2022 23:44:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13965461 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 23:43:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13903062 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 25 2022 23:43:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13901900 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 25 2022 23:54:19 | Prfrd Customer Account, Wells Fargo Retail Srvcs, 800 Walnut St, Des Moines, IA 50309-3891 |
| 13912900 | | Email/Text: bankruptcy@bbandt.com | Aug 25 2022 23:44:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 13901902 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:34 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13932973 | + | Email/Text: bncmail@w-legal.com | Aug 25 2022 23:44:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13901903 | + | Email/Text: bncmail@w-legal.com | Aug 25 2022 23:44:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 13968972 | | Email/Text: bncnotifications@pheaa.org | Aug 25 2022 23:44:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13913462 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 25 2022 23:44:00 | U.S. BANK NATIONAL ASSOCIATION, BANKRUPTCY DEPARTMENT, P.O. BOX 5229, CINCINNATI, OH 45201-5229 |
| 13901904 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 25 2022 23:44:00 | US BankCorp, Us Bank Bankruptcy Dept, Po Box 5229, Cincinnati, OH 45201-5229 |
| 13955571 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 25 2022 23:54:09 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13970680 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 25 2022 23:44:00 | loanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 13901901 | + | Email/Text: bankruptcy@bbandt.com | Aug 25 2022 23:44:00 | sheffield Financial, P.O. Box 580229, Charlotte, NC 28258-0229 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13901890 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13901893 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Rosalyne Pierce brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Jason R. Pierce brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jason R. Pierce and Rosalyne Pierce
     Debtor(s)

Case No: 17−12656−elf
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

         900 Market Street
         Suite 400
         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/25/22

44 − 37
Form 138OBJ